IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Cheryl Woodley

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

ARG Resources, LLC
("Arby's" or the "Company")
Arby's #07370 / North Charleston, SC

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. 2:25-cv-12533-BHH-MGB
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Cheryl Woodley
Street Address: 7910 #12L Crossroads Dr.
City and County: N. Charleston, SC
State and Zip Code: SC 29406
Telephone Number: 843 327-6766

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

    Name: ARG Resources, LLC ("Arby's or the "Company") Arby's #07370 (the "Restarant")

    Job or Title (if known):

    Street Address: 1155 Perimeter Center West

    City and County: Atlanta  DeKalb

    State and Zip Code: Georgia, 30338

    Telephone Number: 800-599-2729

Defendant No. 2

    Name:

    Job or Title (if known):

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

Defendant No. 3

    Name:

    Job or Title (if known):

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

Defendant No. 4

    Name:

    Job or Title (if known):

|                    |   |
|--------------------|---|
| Street Address     |   |
| City and County    |   |
| State and Zip Code |   |
| Telephone Number   |   |

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

|                    |                                            |
|--------------------|--------------------------------------------|
| Name               | Arby's                                     |
| Street Address     | 8980 University Blvd                       |
| City and County    | North Charleston   Charleston              |
| State and Zip Code | South Carolina  29406                      |
| Telephone Number   | 843-764-0802                               |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other    federal    law    *(specify    the    federal    law)*:

| ☐ | Relevant state law *(specify, if known)*: |
|---|---|
| ☐ | Relevant city or county law *(specify, if known)*: |

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) __8/23 thru 1/2023__

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

4

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒ race _____
☐ color _____
☒ gender/sex _____
☐ religion _____
☐ national origin _____
☒ age. My year of birth is 02-04-1972. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
☒ disability or perceived disability *(specify disability)* Feet

E.  The facts of my case are as follows. Attach additional pages if needed.

Arby's subjected me to race, sex/gender, age and perceived disability. Plaintiff was repeatedly called derogatory names including "black bitch" and "Old bitch" by supervisors and coworkers, mocked about foot injury, unjustified schedule changes, isolation from coworkers, threats to job.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

05-16-2024

B.  The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.
☒ issued a Notice of Right to Sue letter, which I received on *(date)* 06-12-2025

5

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

> Award compensatory and punitive damages. Reinstate or award front pay. Order Defendant to cease discriminatory practices. Award fees and cost (if applicable). Grant any other relief deemed just and proper. Defendant fostered a hostile work environment through threats, intimidation and favoritism. 45 million

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

**A.      For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: September 12, 2025.

Signature of Plaintiff    *Cheryl Woodley*
Printed Name of Plaintiff    Cheryl Woodley

**B.      For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____
Telephone Number    _____
E-mail Address    _____

7

RCV'D - USDC - CHAS, SC
2025 SEP 12 PM 1:13

# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

Charleston Division

**Cheryl Woodley,**
Plaintiff,
v.
**ARG Resources, LLC ("Arby's" or**
**the "Company") Arby's #07370/**
**North Charleston, SC (the "Restaurant")**

Defendant.

Civil Action No. 2:25-cv-12533-BHH-MGB

(To be assigned upon filing)
Jury Trial Demanded

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION AND RETALIATION

## INTRODUCTION

1. Plaintiff Cheryl Woodley bring this action pursuant to Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e et seq.), the Age Discrimination in Employment Act (29 U.S.C. § 621 et seq.), and the Americans with Disabilities Act (42 U.S.C. § 12101 et seq.), seeking redress for unlawful discrimination and retaliation in employment.

### JURISDICTION AND VENUE

2. Jurisdiction is proper under 28 U.S.C. § 1331 and 42 U.S.C. § 2000e-5(f)(3).

3. Venue is proper in this district because the events giving rise to this claim occurred in North Charleston, South Carolina.

### PARTIES

4. Plaintiff Cheryl Woodley is a resident of North Charleston, SC, and was employed by Defendant as a shift manager.

5. Defendant Arby's is a company doing business in South Carolina and subject to federal anti-discrimination laws.

### FACTUAL ALLEGATION

6. Plaintiff was subjected to repeated acts of discrimination based on her race (African American), sex (female), age (over 40), and disability (foot injury).

7. Plaintiff was called derogatory names including "black bitch" and "old bitch" by supervisors and coworkers.

8. Plaintiff's foot injury was mocked, and requests for reasonable accommodation were ignored.

9. After reporting these incidents to management, Plaintiff experienced retaliation including:

- Unjustified schedule changes
- Isolation from coworkers
- Increased scrutiny and verbal intimidation
- Threats of termination

10. Defendant engaged in nepotism by protecting less qualified employees with personal relationships to management, while denying Plaintiff fair opportunities.
11. Plaintiff was ultimately wrongfully terminated in retaliation for asserting her rights and reporting misconduct.

## CAUSES OF ACTION

12. **Count I – Race and Sex Discrimination (Title VII)**
12. Defendant discriminated against Plaintiff based on race and sex, creating a hostile work environment and denying equal employment opportunities.
13. **Count II – Age Discrimination (ADEA)**
13. Plaintiff was targeted and harassed due to her age, including being called "old bitch" and excluded from advancement.
14. **Count III – Disability Discrimination (ADA)**
14. Defendant failed to accommodate Plaintiff's foot injury and retaliated against her for requesting accommodation.
15. Count IV – Retaliation
15. Defendant retaliated against Plaintiff for reporting discrimination and harassment, in violation of federal law.

16. Count V
16. Defendant fostered a hostile work environment through threats, intimidation, and favoritism toward relatives and personal friends of management.

## PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court:

1. Award compensatory and punitive damages

2. Reinstate Plaintiff or award front pay
3. Order Defendant to cease discriminatory practices
4. Award fees and costs (if applicable)
5. Grant any other relief deemed just and proper

**Respectfully submitted,**

Cheryl Woodley
7910Crossroads Dr Apt. 12L
N. Charleston, SC  29406
8433276766
Cherylwoodley72@gmail.com

North Charleston, South Carolina

September 12, 2025